Dr. Fred and Dr. Sheri Grunseid
700 Hawthorne Street
West Hempstead, NY 11552



February 20, 2020

**Via E-mail and U.S. Mail**
Honorable Chief Judge Laurel M. Isicoff
United States Bankruptcy Court for the Southern District of Florida
C. Clyde Atkins United States Courthouse, Courtroom Eight / Chambers Room 817
301 North Miami Avenue, Room 150, Miami, Florida 33128
E-mail: lmi_chambers@flsb.uscourts.gov

CC:
Trustee Robert Anguiera, Esq.
ranguiera@bellsouth.net
yanay@bankruptcy.com

Debtor Benjamin Atkin
c/o Daniel Gielchinsky, Esq.
dan@dyglaw.com

All counsel of record via electronic filing by Clerk's office

Re:    *In re: Benjamin Atkin*, No. 19-17122-LMI

Dear Honorable Judge Isicoff:

I am a *pro se* creditor in the Atkin bankruptcy. I was defrauded out of at least $18,910 by Mr. Atkin as were many others similarly situated. That fraud has been concealed from this Court. Unfortunately, the amount that I was defrauded cannot justify my retention of Florida counsel but I write to nevertheless inform the court, in the hope that I might perhaps help avoid an injustice or at the very least be heard. An attorney assisted me with the preparation of this letter, as a personal favor. An original copy has been mailed to the clerk's office for electronic filing.

Mr. Atkin ran a Passover holiday vacation program, billed as a "five star hotel program without a hotel." *See generally* Ex. A, https://www.adifferentpesachprogram.com/ (last visited February 20, 2020). He promised a "luxury" experience with daily meals, barbecues, "a grand buffet," "gala kiddush [*i.e.*, luncheon]," and much more. *See* Exhibits B (welcome brochure) and C ("prices are all inclusive; villa, catering, BBQ's and day camp"). The arrangement is simple: Mr. Atkin arranges a house rental, three meals a day, and holiday programming at a villa rental

community in Orlando, Florida for the eight days of Passover. Mr. Atkins' customers prepay him for the package and arrange their own travel.

I attended Mr. Atkins' program in 2017 and 2015, and the program was as it was advertised. I registered and prepaid for the 2019 program in late 2018 to early 2019. *See* Exhibit D (Program Fee Quote), E (invoice) and F-G (checks). I paid $18,910 for the program, $8,090 for the villa rental, and separately for travel for my entire family from New York to Orlando, Florida. *See* Exhibits E-G. My family was eleven adults and six children and I prepaid $26,00 to Mr. Atkin for the program. *See* Exhibits F-G (checks[1]) and E (invoice). I estimate that as many as 75 families participated in and prepaid for this program.

From the first official day of the 2019 program (April 18, 2019), it was almost immediately obvious that Mr. Atkin had not made the arrangements to run his program. There was little to no food on site. In place of a grand opening barbecue, there was a limited supply of frankfurters and hamburgers with long lines until the food ran out; two members of my family had no dinner that night. When a truck showed up with a large food delivery, the driver refused to release the food without payment by the hosts of the program. Mr. Atkin was nowhere to be found. Each meal thereafter was marked by even scarcer amounts of food. Rather than a luxury vacation, my family and I were forced to compete with other program participants just to procure basic food, and more often than not, very long lines led to empty serving trays. Realizing there would be no more food forthcoming, and we would be stranded on the Jewish Holiday due to our Sabbath observance, I resorted to driving hundreds of miles to locate and purchase alternative sources of special "Kosher for Passover" food needed for proper observance of the Passover holiday. Despite the promise of "a wide array of Glatt kosher delicious foods" including "multiple entrees, appetizers, and side dishes" for each meal and "additional snacks [and] drinks," *see* Exhibit B (welcome brochure) and *see generally* www.adifferentpesachprogram.com (last visited Feb. 20, 2020), me and my guests subsided on what we were able to purchase, and otherwise went hungry (especially the case with the picky grandchildren). Other participants of the program banded together to purchase what food they could in bulk and divide the limited supplies.

---

[1]  The entity to which the checks are made payable – Passover Orlando Program – is disclosed by Mr. Atkin in his bankruptcy filing as a business for which he is a 100% owner. *See* Dkt. 1 at 8 (Form 101 Item 12); Dkt. 1 at 15 (Form 106A/B Part 4 Item 19); Dkt. 1 at 102 (Form 107 Part 11 Item 27) (describes business and discloses connection to "adifferentpesachprogram").

The fallout was not only monetarily and physically damaging, it was also emotionally hurtful and deeply embarrassing. I invited fourteen guests including three sons-in-law, a daughter-in-law, and grandchildren for a "five star hotel experience." *See* Exhibit A. Instead, they (and I) were subjected to rationed food portions – for the limited time that there was any food at all – discontinuation of communal prayer services, cancelled holiday programming, forfeiture and closure of communal tent facilities, as well as general confusion and disarray. Police showed up to evict guests, food suppliers held trucks of food hostage, people fought over and begged for basic holiday necessities such as the *matzah* and wine required for observance. I was mortified.

The circumstances were reminiscent of the recent infamous Fyre Festival fraud; an apt comparison that did not escape community media outlets that covered this debacle. *See, e.g.*, Aiden Pink, *Passover Fyre Fest Leaves Hundreds Stranded After Organizer Skips Out On Bills*, The Forward (April 24, 2019), *available at* http://bit.ly/AtkinFyreFest.

Although Mr. Atkin went completely absent throughout these holiday events, he promised after the fact to make things right. *See, e.g.*, Exhibit H (letter to Atkin memorializing phone call). Instead of making any effort, he filed this bankruptcy, declared no assets, and sought a judicial stamp to finalize his fraud. This is something he has apparently tried in the past as well. *See In re Benjamin Atkin*, No. 2003bk18666 (S.D. Fla. Bankr. 2003). Given the relatively small amount that each guest was defrauded compared to the high costs of legal representation coupled with the uncertainty of any significant recovery, Mr. Atkin may succeed. I hope however that prior to granting Mr. Atkin a discharge, the court will consider the fraudulent nature of the claims, the disappearance of the hundreds of thousands (or millions) of dollars he was prepaid by registered guests shortly before the program and this subsequent bankruptcy, his past history, and his seemingly false representations to this Court that he has no money. *See, e.g.*, Dkt. 63 (Proposed settlement after Rule 2004 examination revealed assets and transfers hidden from the court.)

For these reasons, I respectfully request that the Court deny the debtor's discharge, especially for non-dischargeable debts such as mine obtained by fraud. The Court may also find it appropriate to direct the trustee to pursue the considerable sums of money transferred by Mr. Atkin prior to bankruptcy, so that those funds become available for all creditors.

If there is anything further I can do to assist the honorable Court, I remain at your disposal.

3

Respectfully submitted,

Fred Grunseid
Sheri Grunseid
fredgrunseid@yahoo.com
cell: (917) 528-8882

# EXHIBIT A

Now accepting reservations for Pesach 2019!

✖

### Log in

Don't have an account? Create your account, it takes less than a minute.

| Username | Password |
| --- | --- |
| Login | |

Lost your password?

User registration is not enabled

### Lost Password?

Enter your email address and we'll send you a link you can use to pick a new password.

Username or Email          Get New Password

☐(305) 907-5144

- **f**
- ⓞ

### P R O G R A M

- About Us
- Communities
  - ›Windsor at Westside
- Rates
- Food
- FAQS
- Contact Us
- Register/Login

- About Us
- Communities
  - ›Windsor at Westside
- Rates
- Food
- FAQS
- Contact Us
- Register/Login

☰

## A DIFFERENT PESACH PROGRAM 2019

**The most relaxing & affordable way to enjoy Pesach in beautiful Orlando Florida**

We are returning for our 16th year to Orlando **"a five-star hotel program without the hotel".**

Come to A Different Pesach Program and celebrate Pesach in your own luxury Villa located in a private gated community just minutes from Disney, SeaWorld, Universal Studios, Islands of Adventure, and all major Orlando attractions. Enjoy the Sedorim in the comfort and privacy of your own fabulous Villa. Swim in your private pool, play tennis or volleyball, enjoy the "Lazy River" or take advantage of our many resort amenities.

This year come to A Different Pesach Program where your family will enjoy the Pesach of a lifetime, at a fraction of the cost of 'conventional' Pesach programs.

**CHECK IN:** Thursday, April 18, 2019

**CHECKOUT:** Sunday, April 28, 2019

**Featured Chazzanim**

## Yisroel Williger



Yisroel Wulliger, also known as "Srully", released his first solo album 22 years ago. "The Voice of a New Generation" features the ever popular hit songs "Huklal" and "Tatte", Srully has since released 15 solo albums. His singing and davening has taken him to all parts of the globe including every major city in the United States, Israel, Mexico, Switzerland, England, Vienna and beyond.

Concert attendees and Congregants have become accustomed to singing and davening along with Srully which makes their Tefilos ever more inspiring.

## Sruly Hersh



Sruly Hersh has been the Chazzan at Congregation Ahavas Torah in Engelwood, NJ for the past 4 years, and was the Chazzan in East Hill for the High Holidays this past year. Previously, he was the Chazzan in Great Neck Synagogue for 10 years of High Holidays. He is the Chazzan in Hebron by the "Maara" every year for Parshat Chayei Sara for the Carlebach minyan. He has also been brought in as guest Chazzan in Young Israel of Woodmere for the past several years, to the Carlebach Shul on the Upper West Side, and for the last 10 years in Nachum Segal's shul on the Lower East Side for Carlebach yahrzeit Shabbat.



**Quality, Assured.**

Our team hand picks every luxury vacation rental to ensure that we are offering only the finest accommodations for guests like you.



**The Perfect Match**

We're proud to say we know our villas inside out, and we'll go the extra mile to make sure you get the right vacation home for your family.



**At Your Service 24/7**

We have a full complement of staff on hand arranging the smallest of details so that you will have a worry-free Yom Tov experience at your home away from home.

**Windsor at Westside**



Explore Windsor at Westside

Pesach Program Promo 60s



**Featured Villas**

<u>View All</u>‚

- Sold



<u>Rome Dr</u>

Kissimmee, FL 34747

This luxury home sits nestled just outside of Orlando, Florida and has quickly become one of the most desired locations in the Orlando area....

  - Bed4
  - Baths3

-



**2111 Tripoli Ct**

Kissimmee, FL 34747

Welcome to Windsor at Westside. This gorgeous 8 bedroom, 6 bathroom pool home has been awarded our prestigious Grand Collection status. It features a...

- Bed8
- Baths6

- Sold



**2113 Morocco Way**

Kissimmee, FL 34747

Welcome to this wonderful home located in the fantastic resort community of Windsor at Westside. As you walk into this magnificent home, you are...

- Bed7
- Baths5.5

-



<u>Majorca Drive</u>

Kissimmee, FL 34747

The next time you visit sunny central Florida, make sure to book this beautiful vacation rental located in the heart of Windsor at Westside....

- Bed5
- Baths4



<u>2135 Tripoli Court</u>

Kissimmee, FL 34747

Welcome to this stunning vacation home located in the heart of Windsor at Westside. This incredible 9 bedroom, 6 bathroom home features luxurious finishes...

- Bed9
- Baths6



**2104 Rome Dr.**

Kissimmee, FL 34747

Located in the heart of the premier resort community of Windsor at Westside, this magnificent Spanish style home is sure to please. With a...

- o Bed6
- o Baths4.5

- Previous
- Next



- 📞 (305) 907-5144
- ✉ sales@adifferentpesach.com

- f
- 📷

Based out of [...] erent Pesach Program offers you a full-service Pesach experience in your own private villa. Take a break this year and join us for the most un[...] ble Holiday ever!

🔒 VERIFIED & SECURED

We had such a great time at the villas in Orlando. From the food to the accommodations, everything was truly perfect. We'll definitely be back!

© 2019 A Different Pesach Program, All Rights Reserved. Back to top

The Brown Family

# EXHIBIT B

# A Different Pesach

PROGRAM

## Windsor At Westside



<div dir="rtl">פסח תשע"ט</div>

# Pesach 2019

## Program & Schedule

# A Different Pesach
### P R O G R A M

Dear Guests,

We welcome each of you to Windsor At Westside for "**A Different Pesach Program.**" We hope it will be an extraordinary and delicious Pesach Experience. We are so happy to have all the returning guests with us again and to welcome all the new faces who are joining us this year.

Upon your arrival, you will check in to your beautiful and *kashered* accommodation. When *kashering* is complete the *mashgiach* will leave a sign on the kitchen counter. Please keep in mind, if you arrive before we *kasher* your villa, refrain from using the kitchen so that we can *kasher* it properly.

We invite you to our welcome BBQ on Thursday evening from 6:00-8:30 PM which will give you the opportunity to meet us as well as the rest of the staff and other guests. Staff will be wearing special shirts so they will be identifiable.

*Bedikat Chometz* should be done Thursday night in your villa. On Friday morning all *chometz* should be brought to the phase 2 entrance for *Biyur Chometz*. Only chametz (no plastic) should be burned.

Your *Yom Tov* will be enhanced by the davening of **Chazzanim Srully Williger & Sruli Hersh** who will be leading our services. We will also have several stimulating *shiurim* throughout your stay coordinated by **Rabbi Avrohom Anton**. Please approach our *gabbai*, **Dr. Johnny Lasson** for any *minyan* or *yahrzeit* needs. We will do our best to accommodate you. A staff of *mashgichim* under the direction of **Rabbi Berel Simpser of International Kosher Mehadrin** are here to guarantee the highest standards of *kashrut* supervision. Day camp for children ages 3 - 11 will be under the direction of **Perla Benamou** with a full staff of counselors.

Last, but certainly not least, **Pesach Rotenberg** and our culinary team are here to ensure that you have an exceptional culinary experience. You will be treated to a delightful array of sumptuous buffets, elegant meals and succulent barbecues, all expertly prepared for you by their talented chefs. Also on hand to enhance your Pesach experience and attend to your needs is **Kenny Jerome** who is directing our food and beverage operations.

In order to ensure the safety of all of our guests, you will receive wristbands for everyone in your party. It is important that you wear them throughout your stay for your safety. Security guards will be on site to keep us safe and will be checking wristbands.

Throughout your stay, we will be sending updates and important information via a text messaging system to the numbers provided at registration. If you need to change or add a cell phone number please let your host know. Also, if you have any issues during your stay, please contact your hosts and we will do our best to accommodate you.

A Different Pesach Program hopes to provide you with a *Yom Tov* that is inspiring, fun, satisfying, tasteful and memorable. Thank you for joining us and *Chag Sameach!*

Sincerely Yours,

Brian Goldberg                    Dennis Ratzker

# Important Information For You To Know

## Pool Safety

There will be a pool alarm on the door between the living area and the pool. This is a requirement of every house in the state of Florida. Pool safety is a very serious matter. Accidental drowning is the number one cause of death among children age 1 to 9 in Florida. If there is a pool fence around your pool, please leave the gate closed when the pool is not in use. Always supervise children in the pool. Please speak with one of our guest managers or *mashgichim* regarding your pool alarm and *Shabbos* and *Yom Tov* issues if you have any concerns. All pool operations including heat are handled by the villa management company.

## Kitchen Use

We are *kashering* all villas throughout the day on Wednesday, April 17th and Thursday, April 18th. All kitchens will be *kashered* under the supervision of our onsite *kashrus* team. We will put away all the non-kosher dishes and appliances in your villa. We will kasher or cover your countertops. We will thoroughly clean your refrigerator (we do not line the shelves). We will *kasher* your sink, stovetop, microwave, and oven. We will *kasher* the burners on your stove top. Do not place anything (including pots or pans) in the spaces between the burners.

**Do not cover glass tops with aluminum foil.** This will shatter the glass top and you will be required to pay for a replacement.

Most ovens have a Sabbath mode; we will leave instructions if your oven is equipped with this feature. If your oven does not have Sabbath mode, turn the oven on before *Shabbos*. It will shut off after 12 hours. A member of our non-Jewish staff will turn it back on for you, without needing to ask. This has been arranged before *Yom Tov*. Remember to slightly unscrew the lightbulb in the fridge and freezer before *Yom Tov* if there is no Sabbath mode, or place a magnet over the sensor if it's an LED light.

## Minyanim & Shiurim

There are multiple *minyanim* & *shiurim* throughout the day. Please check your schedule in this program for specifics as to time and location. If you have any specific needs, such as a *yarzeit* or special occasion, please check in with our *gabbai* and he will try his best to accommodate your needs. Our *Torahs* are on loan from Yeshiva of Miami and Orlando Torah Academy and any amounts pledged for *aliyahs* will be donated directly to them.

## Tents

A Different Pesach Program has tents set up in the common area. These areas are reserved for our guests. Most of our events and activities take place in the tents unless otherwise specified on your program schedule. You will need to have your wristband on in order to gain access to these tents and any other area where we have events.

## Arrival

After arrival and settling into your accommodations, please stop by the welcome desk to pick up your wristbands and any other items we have reserved for you. The welcome BBQ begins on Thursday, April 18th at 6 PM and ends at 8.30 PM. *Mincha* and *Maariv* at the playground near the BBQ. If you are unable to make it on Thursday evening, the welcome desk will reopen on Friday morning. After that, contact your program host or customer service to pick up your wristbands and other items.

## Trash Pickup

We have arranged for frequent trash pickups over the course of your stay. Please make sure you place all trash in designated trash bins. If you are in a house, the bins are located in the bench in front of your front door. If you are in a townhouse the bins are located in a bench in the back near the pool and garage.

## Food & Drink

We welcome Rabbi Berel Simpser of International Kosher Mehadrin as our *mashgiach* with *mashgichim* on premises. Please reach out to the *mashgichim* if you have any questions as they relate to *kashrus*. This includes things such as setting up your appliances for proper operation on *Shabbos* and/or *Yom Tov*. All of our food is *glatt kosher, cholov yisroel, non-kitnyot,* and *non-gebrochts* (except for a few items clearly marked). We are also gluten free and nut free, except for some items. If there are any members of your family with nut or gluten sensitivity, please check with our food service staff.

Our staff will deliver your *Seder* and *Yom Tov* meals right to your villa, wrapped and ready to be warmed in your own *kashered* oven. You will also be provided with paper goods for all of your meals. We will supply additional snacks, drinks, and other basic food items that will be delivered to your villa or available for pickup. Additionally, each *kashered* kitchen has a few kitchen essentials supplied, such as a water urn, frying pan, and crock pot, as well as utensils such as a ladle and spatula. These will be left out on the countertop for you, and you should NOT use any items in the cabinets or drawers of the kitchen.

*Shabbos* lunch is a buffet style communal meal, complete with cholent, kugels, and meat carving stations. Light refreshments will be available on *Shabbos* and *Yom Tov* afternoon near the pool area and in the Inspiration Room.

Breakfast every day, as well as Lunch-to-go on *Chol Hamoed,* are available daily at our pick up stations. For those staying on the premises on *Chol Hamoed,* a light dairy luncheon buffet is available.

During *Chol Hamoed,* we have buffet style BBQs for dinner each night.

Finally, for kids, we have a dinner buffet at 5pm on *Yom Tov* days so that they don't have to wait until late to eat dinner.

Please refer to your schedule for times of all communal meals.

# Starter Box

Each house will be supplied with a Starter Box of items, including paper goods, groceries, food items, and other supplies. This is to initially stock your kitchen, and most of these items will be available for pickup daily at breakfast.

# Erev Yom Tov

*Bedikas Chametz* should be done in your villa after you return from the welcome BBQ (specific earliest time listed in your schedules). Please make sure you wrap your *chametz* tightly in something that is not plastic, as plastic fumes are very harmful when burning.

Breakfast items on Friday, April 19th are *chametz*. Please use caution when you bring these items back to your villa. We recommend that these items be consumed in your backyard and after completion of breakfast wrap the entire remains in the disposable tablecloths and place the entire thing in the trash bin. We have arranged for a special pickup of all trash items prior to the beginning of *Yom Tov*. All *chametz* must be discarded by the time indicated on your schedule.

*Biyur Chametz* place and time are also listed in your schedule. It is strictly forbidden to burn anything in or near your villa. *Biyur Chametz* is a safety hazard in any place other than designated and arranged by us and the property managers. We will only be burning actual *chametz* FOOD items (not plastic or packaging).

Lunch on Friday, April 19th is a dairy buffet. Tables, chairs and a buffet will be set up for your enjoyment in the big tent.

Our kitchen and delivery staff will be working all day to prepare, package, and deliver all the items you need for your *Seder*. You should receive your *Seder* items in the late afternoon.

**Please remember to make a trip to the local supermarket before *Yom Tov*.** We recommend that you purchase based on your family needs: bottled water, extra soda, fruit, sundry items (there is also a Sundry Shop on premises), plastic bags, aluminum foil, some extra paper goods (we do supply paper goods for all *Yom Tov* and *Shabbos* meals but you may need some extras) and anything else that you feel will enhance your *Yom Tov*. We do not provide soap, shampoo, dish soap, toilet paper, tissues, paper towels, laundry detergent etc. other than what may be provided by the property management company. The nearby Publix or Winn-Dixie will have small kosher for passover sections, and the Winn Dixie located at 11957 South Apopka Vineland Road (about 30 minutes away) has an extensive selection of kosher for passover products.

# Shabbos

There will be an *Eruv* for *Shabbos*. A *Shabbos* urn is placed in each villa, and must be returned at the end of your stay. *Shabbos* lunch is a buffet style communal meal. Please remember that preparations for the second *Seder* cannot begin until *Shabbos* is over. Specific times are listed in your schedule. Also, if you plan on eating *shalosh seudos*, please pick up additional items at breakfast to use for *shalosh seudos*.

## Lighting Candles

We will provide you with tea lights for lighting candles for each night of *shabbos* and *yom tov*. We will also provide you with a *yahrzeit* candle to keep lit over the first day of *yom tov* so that you can light candles the second night from an existing light.

## Day Camp

Day camp during *Shabbos* and *yom tov* days is provided to our guests at no charge (but registration is required). We have many fun activities and shows planned for the kids to enjoy. Refer to your schedule for specific details and show times. Tips for the counselors are recommended and greatly appreciated. Tips should be given to the day camp director who will distribute them to the counselors.

## Getting Help On Shabbos and Yom Tov

If you need assistance over shabbos or yom tov with anything that would otherwise be prohibited, ask any of our staff (who should be wearing special shirts and/or wristbands) or any of the staff of Windsor At Westside. We have trained our staff to understand that we are not permitted to directly ask for assistance and they should be able to understand your needs. Additionally, we will have a staff member stationed in or near the clubhouse at all times during the day for you to find.

## Chol Hamoed

This year, *chol hamoed* is 4 uninterrupted days, so we encourage our guests to plan day trips to all the wonderful attractions in the Orlando area. Besides the obvious theme parks of Disney World, Universal Studios, and SeaWorld, the Orlando area has a wealth of attractions and activities that you and your family can enjoy. If you need any suggestions for activities, please see one of your hosts or one of our staff members who are very familiar with the Orlando area and can guide you. Additionally, staff is on hand in the Windsor At Westside clubhouse that can assist with purchasing park tickets, finding attractions, and getting directions.

Breakfast pickup is available daily in the morning. Lunch can either be picked up to go at breakfast time, or can be picked up at lunch time to be eaten on site, either in our dining tent or in your villa. A communal BBQ or buffet is available for dinner each night. Please try to plan your day so you arrive back in time for the dinner service, as we cannot reserve food for people who arrive late.

## Final Days of Yom Tov

The last 2 days of *Yom Tov* are a chance to unwind after a busy week of enjoying the Orlando area. Day camp will be available for the children, and we will have additional programming available for adults.

*Yizkor* service will be on *Shabbos*, April 27th. We will have *yahrzeit* candles available for distribution on Thursday, April 25th.

There will be a *neilas hachag* at the culmination of *Yom Tov* where we'll have some good ruach and words of *Torah*.

# Find your way Around

Use this map to help you locate houses and common areas.
The 4 and 5 bedroom townhouses are located at the bottom left of the map.
The 5 - 7 bedroom houses are located at the top left of the map.
The 8 and 9 bedroom houses are located at the right side of the map.
All of our common areas surround the clubhouse area in the center of the map.



Our tents are set up in the parking lot and sports field.
Most of our events will take place in the tents unless otherwise indicated.
The Inspiration Room (for welcome desk, day camp, and refreshments)
is located adjacent to the clubhouse near the fitness room.

# Important Names and Numbers

## Customer Service

### (305) 907-5144

## Other Important Information

## Accomodations

If you have any issues with your house, please contact the property manager for your house. The property manager and contact information is listed in your house (typically in the kitchen and/or near the television).

## Mikvah

### Chabad Of Greater Orlando
### 708 Lake Howell Road
### Maitland, FL 32751
### By Appointment Only
### (407) 529-5966
to book an appointment or for any further information

## Hatzalah

### (305) 771-4357
### (407) 307-3600

Either of those numbers will be answered by a Hatzalah dispatcher 24/7, even on Shabbos and Yom Tov.
DISCLAIMER: They are not an established Hatzalah/EMS organization in Orlando and have no way to transport any patients to a hospital. They are a group of 70 Hatzalah members from across the country volunteering to help when called upon. Therefore, it is VERY IMPORTANT TO CALL 911 AS WELL as soon as possible, preferably even before you call them!! They are here to help a fellow Jew in need so feel free to call upon them. They will do their best to get a member to you ASAP.

# Property Management Companies

Please call or email the property manager for your home if there are any issues in the house. Below is a list of the management companies that manage our houses. In your kitchen or living room area there should be a card indicating which is your management company.

| Name | Phone Number |
|------|--------------|
| Authentic | 407-680-1188 |
| Florida Scandi | 407-982-7224 |
| Follow The Sun | 352-552-0029 |
| Glasstone | 321-323-1816 |
| IPG | 863-547-1060 |
| Joy In The Sun | 617-962-6391 |
| Kathy & Peter | 781-363-0547 |
| Reunion | 866-314-7386 |
| Sweet Home | 407-624-3885 |
| Top Villa | 866-341-8086 |
| Victoria & James | Email: JChen@dobty.com |

**Supermarkets**

- Publix Super Market
- Publix Super Market
- Target
- Publix Super Market
- Walmart Supercenter
- Winn-Dixie

**Pharmacies**

- Walgreens
- CVS

**Gas Stations with food**

- Wawa
- Wawa

**Main Points Of Interest**

- Windsor at Westside

Public Super Market

CVS

Walmart Supercenter

Wawa

Walgreens

Windsor at Windside

Public Super Market

Wawa

WINDSOR HILLS

Winn-Dixie

Map data ©2018 Google

# Schedule

*All times and locations subject to change*

**Check-in Thursday, April 18**

| | | |
|---|---|---|
| **Check-In & Welcome Desk** | 4:00 PM - 8:00 PM<br>*Stop by the welcome desk to pick up wristbands and any wine, alcohol, and matza orders* | *Inspiration Room* |
| **Welcome BBQ** | 6:00 PM - 8:30 PM | *Dining Tent* |
| **Mincha & Maariv** | Throughout Dinner | *Playground* |
| **Bedikas Chametz** | Anytime after 8:33 PM | *In your villa* |

**Erev Pesach, Friday, April 19**

| | | |
|---|---|---|
| **Light Chametz Breakfast - Pickup** | 7:00 AM - 9:00 AM | *Shul Tent* |
| **First Shacharit** | 7:00 AM | *Shul Tent* |
| **Second Shacharit** | 8:15 AM | *Shul Tent* |
| **Siyum for Bechorim** | Following each shacharit | *Shul Tent* |
| **Check-In & Welcome Desk** | 10:00 AM - 1:00 PM<br>*Stop by the welcome desk to pick up wristbands and any wine, alcohol, and matza orders* | *Inspiration Room* |
| **Latest Time for eating Chametz** | Magen Avrohom:    10:52 AM<br>Gr"a & Baal Tanya: 11:16 AM | |
| **Biyur Chametz**<br>*Chametz Only! No Plastics* | Starting at 11:00 AM<br>Maagen Avrohom: until 12:09 PM<br>Gr"a & Baal Tanya: until 12:21 PM | *Phase 2 Entrance<br>(across the street)* |
| **Light Lunch Buffet** | 12:30 PM - 2:00 PM | *Dining Tent* |
| **Kids Buffet Dinner** | 5:00 PM - 5:45 PM | *Dining Tent* |
| **Candle Lighting** | 7:36 PM | *In your villa* |
| **Mincha** | 7:40 PM | *Shul Tent* |
| **Shiur: Seder, Haggada, and our Lives**<br>*Rabbi Moshe Schwerd* | Between mincha & maariv | *Shul Tent* |
| **Shkia** | 7:54 PM | |
| **Maariv** | 8:21 PM | *Shul Tent* |
| **Start Seder** | Not before 8:31 PM | *In your villa* |
| **Latest Time to eat Afikoman** | 1:25 AM | *In your villa* |

## 1st Day Pesach, Shabbos, April 20

| | | |
|---|---|---|
| **Breakfast (and shalosh seudos) - Pickup** | 7:30 AM - 9:00 AM | *Dining Tent* |
| **First Shacharit** | 6:50 AM | *Shul Tent* |
| **Second Shacharit** | 9:15 AM | *Shul Tent* |
| **Day Camp** | 9:30 AM - end of davening | *Inspiration Room* |
| **Kiddush** | Following each minyan | *Shul Tent* |
| **Lunch - Communal Buffet** | 12:45 PM - 2:00 PM | *Dining Tent .* |
| **Seder item deliveries** | Throughout the afternoon | *To your villa* |
| **Day Camp & Show** | 2:00 PM - 4:00 PM | *Inspiration Room* |
| **Early Mincha** | 2:30 PM | *Shul Tent* |
| **The Magic & Comedy of John Daniels** <br> *All ages welcome (under 3 with supervision)* | 3:00 - 4:00 PM | *Dining Tent* |
| **Refreshments** | 4:00 PM - 6:00 PM | *Cabanas &* <br> *Inspiration Room* |
| **Ice Cream in the Park** | 4:00 PM | *Playground* |
| **Shiur for men and women:** <br> **True Love: The Love Languages from שִׁיר הַשִּׁירִים** <br> *Dr. Johnny Lasson* | 4:30 PM | *Shul Tent* |
| **Kids Buffet Dinner** | 5:00 PM - 5:45 PM | *Dining Tent* |
| **Daf Yomi** <br> *Dr. Michael Kanner* | 6:15 PM <br> time subject to change | *Shul Tent* |
| **Mincha** | 7:35 PM | *Shul Tent* |
| **Shiur: Actions of our Patriarchs -** <br> **the cause and effect of Galus Mizrayim** <br> *Rabbi Moshe Schwerd* | Between mincha & maariv | *Shul Tent* |
| **Shkia** | 7:54 PM | |
| **Maariv** | 8:32 PM | *Shul Tent* |
| **Candle Lighting** | After 8:32 PM | *In your villa* |
| **Start Seder** | Not before 8:32 PM | *In your villa* |
| **Latest Time to eat Afikoman** | 1:25 AM | *In your villa* |

## 2nd Day Pesach, Sunday, April 21

| | | |
|---|---|---|
| **Breakfast - Pickup** | 7:30 AM - 9:00 AM | *Dining Tent* |
| **First Shacharit** | 7:00 AM | *Shul Tent* |
| **Second Shacharit** | 9:15 AM | *Shul Tent* |
| **Day Camp** | 9:30 AM - end of davening | *Inspiration Room* |
| **Kiddush** | Following each minyan | *Shul Tent* |
| **Lunch deliveries** | Throughout morning | *To your villa* |
| **Day Camp & Show** | 2:00 PM - 4:00 PM | *Inspiration Room* |
| **Early Mincha** | 2:30 PM | *Shul Tent* |
| **Circus Dog Show**<br>*All ages welcome (under 3 with supervision)* | 3:00 - 4:00 PM | *Dining Tent* |
| **Refreshments** | 4:00 PM - 6:00 PM | *Cabanas &<br>Inspiration Room* |
| **Ice Cream in the Park** | 4:00 PM | *Playground* |
| **Shiur for women**<br>*Malka Leah Braunshweiger* | 4:30 PM | *Shul Tent* |
| **Dairy Dinner deliveries** | Throughout the afternoon | *To your villa* |
| **Daf Yomi**<br>*Dr. Michael Kanner* | 6:20 PM | *Shul Tent* |
| **Mincha** | 7:40 PM | *Shul Tent* |
| **Shiur**<br>*Dovid Lasson* | Between mincha & maariv | *Shul Tent* |
| **Shkia** | 7:54 PM | |
| **Maariv** | 8:22 PM | *Shul Tent* |
| **Havdala** | 8:32 PM | |
| **ץירּמע (Kumzits) with**<br>**Srully Williger, Sruli Hersh, & Jeff Wilks** | Starting at 8:45 PM | *Shul Tent* |

## Chol Hamoed, Monday, April 22 - Wednesday April 24

| | | |
|---|---|---|
| **Daf Yomi**<br>*Dr. Michael Kanner* | 6:00 AM | *Shul Tent* |
| **Breakfast and To Go Lunch - Pickup** | 7:00 AM - 9:00 AM | *Dining Tent* |
| **First Shacharit** | 6:45 AM | *Shul Tent* |
| **Second Shacharit** | 8:15 AM | *Shul Tent* |
| **Lunch - buffet for guests staying on premises** | 12:00 PM - 1:15 PM | *Dining Tent* |
| **Dinner - Communal BBQ** | 6:00 PM - 8:30 PM | *Dining Tent* |
| **First Mincha** | 7:15 PM | *Shul Tent* |
| **Second Mincha** | 7:30 PM | *Shul Tent* |
| **Third Mincha** | 7:45 PM | *Shul Tent* |
| **Shkia** | 7:55 PM | |
| **First Maariv** | 8:00 PM | *Shul Tent* |
| **Second Maariv** | 8:15 PM | *Shul Tent* |
| **Special Chol Hamoed shiur for men and women:**<br>**Do the four cups make sense to you?**<br>*Rabbi Shlomo Sprung* | 9:00 PM Wednesday Only | *Shul Tent* |
| **Third Maariv** | 10:00 PM | *Shul Tent* |

## Chol Hamoed & Erev Last Days, Thursday, April 25

| | | |
|---|---|---|
| **Daf Yomi**<br>*Dr. Michael Kanner* | 6:00 AM | *Shul Tent* |
| **Breakfast and To Go Lunch - Pickup** | 7:00 AM - 9:00 AM | *Dining Tent* |
| **First Shacharit** | 6:45 AM | *Shul Tent* |
| **Second Shacharit** | 8:15 AM | *Shul Tent* |
| **Lunch - buffet for guests staying on premises** | 12:00 PM - 1:15 PM | *Dining Tent* |
| **Dinner Deliveries** | Throughout the afternoon | *To your villa* |
| **Kids Buffet Dinner** | 5:00 PM - 5:45 PM | *Dining Tent* |
| **Candle Lighting** | 7:39 PM | *In your villa* |
| **Mincha** | 7:45 PM | *Shul Tent* |
| **Shkia** | 7:57 PM | |
| **Shiur**<br>*Mordechai Dovid Anton* | Between mincha & maariv | *Shul Tent* |
| **Maariv** | 8:15 PM | *Shul Tent* |

## 7th Day Pesach: Friday, April 26

| | | |
|---|---|---|
| **Breakfast - Pickup** | 7:00 AM - 9:00 AM | *Dining Tent* |
| **First Shacharit** | 7:00 AM | *Shul Tent* |
| **Second Shacharit** | 9:15 AM | *Shul Tent* |
| **Day Camp** | 9:30 AM - end of davening | *Inspiration Room* |
| **Lunch deliveries** | Throughout morning | *To your villa* |
| **Day Camp & Show** | 2:00 PM - 4:00 PM | *Inspiration Room* |
| **Reptile Discovery with Bruce Shwedick**<br>*All ages welcome (under 3 with supervision)* | 3:00 - 4:00 PM | *Dining Tent* |
| **Refreshments** | 4:00 PM - 6:00 PM | *Cabanas &*<br>*Inspiration Room* |
| **Ice Cream in the Park** | 4:00 PM | *Playground* |
| **Shiur for women**<br>*Malka Leah Braunshweiger* | 4:30 PM | *Shul Tent* |
| **Kids Buffet Dinner** | 5:00 PM - 5:45 PM | *Dining Tent* |
| **Dinner deliveries** | Throughout the afternoon | *To your villa* |
| **Daf Yomi**<br>*Dr. Michael Kanner* | 6:25 PM | *Shul Tent* |
| **Candle Lighting** | Before 7:40 PM | *In your villa* |
| **Mincha** | 7:45 PM | *Shul Tent* |
| **Shkia** | 7:58 PM | |
| **Maariv** | 8:00 PM | *Shul Tent* |
| **Oneg Shabbos** | 9:45 PM | *Shul Tent* |

## 8th Day Pesach, Shabbos, April 27

| | | |
|---|---|---|
| **Breakfast (and shalosh seudos) - Pickup** | 7:30 AM - 9:00 AM | *Dining Tent* |
| **First Shacharit** | 6:50 AM<br>Yizkor not before 8:00 AM | *Shul Tent* |
| **Second Shacharit** | 9:15 AM<br>Yizkor not before 10:15 AM | *Shul Tent* |
| **Day Camp** | 9:30 AM - end of davening | *Inspiration Room* |
| **Kiddush** | Following each minyan | *Shul Tent* |
| **Lunch - Communal Buffet** | 12:45 PM - 2:00 PM | *Dining Tent* |
| **Day Camp & Show** | 2:00 PM - 4:00 PM | *Inspiration Room* |
| **Early Mincha** | 2:30 PM | *Shul Tent* |
| **Ventriloquist Jacki Manna & Company**<br>*All ages welcome (under 3 with supervision)* | 3:00 - 4:00 PM | *Dining Tent* |
| **Refreshments** | 4:00 PM - 6:00 PM | *Cabanas &<br>Inspiration Room* |
| **Ice Cream in the Park** | 4:00 PM | *Playground* |
| **Daf Yomi**<br>*Dr. Michael Kanner* | 5:55 PM | *Shul Tent* |
| **Mincha** | 7:15 PM | *Shul Tent* |
| **Neilas Hachag** | 7:40 PM | *Dining Tent* |
| **Shkia** | 7:58 PM | |
| **Maariv** | 8:26 PM | *Shul Tent* |
| **Havdala** | 8:36 PM | |
| **Chametz Pizza Pickup** | Starting at 9:45 PM | *Dining Tent* |

## Sunday, April 28

| | | |
|---|---|---|
| **Daf Yomi**<br>*Dr. Michael Kanner* | 6:00 AM | *Shul Tent* |
| **First Shacharit** | 7:00 AM | *Shul Tent* |
| **Second Shacharit** | 8:30 AM | *Shul Tent* |
| **Checkout** | By 10:00 AM | |

# After Yom Tov

Upon completion of *Yom Tov*, we will be distributing frozen pizza which can be heated up in your villas. Check your schedule for specifics on time and place. Please return any passover kitchen items (crock pot, water urn, etc.) at this time.

# Gratuities

Although not compulsory, gratuities are an expression of your gratitude for and satisfaction with the people who have assisted you throughout your stay. This includes the day camp staff, the food service staff, kitchen staff, and delivery staff. Our staff works hard to accommodate our guests, and your appreciation of that is meaningful. If you would like to tip individual employees, you can give it to them directly. If you are unable to give them the tip directly, or would prefer to give a tip to be divided up amongst the staff, please give it to one of the program hosts or team leaders to distribute. The amount you give is entirely a personal preference, however we can provide you with guidelines if you request.

# Checking Out

Check out is by 10AM on Sunday, April 28th. We will not be able to access the villas after 10AM, so please make sure to **leave any rental items outside your villa** for pickup. If you are in a townhouse, please leave the items in the pool area near the gate; if you are in a house, please leave the items on your front porch. This includes tables, chairs, baby items, wheelchairs, or any other rental items you may have. You will be responsible for any additional charges incurred if the items are not available for pickup.

If you have leftover food, we encourage you to donate it to one of the local causes. We have made arrangements with local kosher food bank organizations to pick up any unopened food items. Please bring those items to the dining tent before you leave and they will be picked up and distributed to those in need.

We ask that you fill out a survey at the conclusion of your stay. Please drop these surveys off at the same area where the welcome desk was. These surveys help us make our program better year after year. We hope you enjoyed A Different Pesach Program and hope to see you again in 2020!



לשנה הבאה בירושלים

L'Shana Haba B'Yerushalayim!

Next year in Jerusalem!



all פ/ייץ/ם at wolliger - 8912 Rhodes
except at Lesson- 2179 Tripoli

# Make sure you leave any rentals OUTSIDE your villa before 10:00 AM as we will not have access to them after.

## Gratuities are appreciated.
If you'd like to tip the day camp staff, please give the money to Perla Benamou for distribution.
If you'd like to tip any other member of the staff, please give the money to your property hosts for distribution.

# EXHIBIT C

5/7/2019

Gmail - Pesach 2019

**Sheri Grunseid <sherigrunseid@gmail.com>**
Draft To: sales@adifferentpesachprogram.com

Mon, Oct 15, 2018 at 11:27 AM

Thank you!
[Quoted text hidden]

---

**A Different Pesach Program <sales@adifferentpesachprogram.com>**
To: Sheri Grunseid <sherigrunseid@gmail.com>

Wed, Oct 17, 2018 at 5:46 PM

Hi,

Hope all is well.
We would love to host you and your family for Passover 2019!

Please let us know who we will be joining you so we can put together a quote for your family.

We have not heard anything from the nearby developments as of yet—

Best regards,

Esther
[Quoted text hidden]

---

**Sheri Grunseid <sherigrunseid@gmail.com>**
To: sales@adifferentpesachprogram.com

Wed, Oct 17, 2018 at 6:02 PM

We are 11 adults/ 5 couples and one 15 YO
4 children over age 4—10 yo, two  8 yoa, and a 7 yo
2 children under 4—one 3 yo and one infant
[Quoted text hidden]

---

**A Different Pesach Program <sales@adifferentpesachprogram.com>**
To: Sheri Grunseid <sherigrunseid@gmail.com>

Wed, Oct 17, 2018 at 6:18 PM

Hi,

Below please find a breakdown for your family—

| | |
|---|---|
| 8 BR villa | 9600 |
| 12 adults | 23400 |
| 4 children | 3000 |
| Koshering | 500 |
| Gratuity | 1000 |
| Total | 37500 |
| Discount | 3750 |
| Total | 33750 |

If you choose an 8 BR villa your total would be 29000
If you choose a 7 BR villa your total would be 27500

Prices are all inclusive,villa,catering,BBQ's and day camp for shabbat and yom tov!

I look forward to hearing from you—

All the best,

Esther

[Quoted text hidden]

**Sheri Grunseid** <sherigrunseid@gmail.com>
To: sales@adifferentpesachprogram.com

Wed, Oct 17, 2018 at 7:26 PM

Its actually only 11 adults. I counted the 15 yo as an adult already,but you dont have to recalculate I get the idea. we will be in touch. But I would appreciate if you could get back to me about the 15 yo about the tennis. Last time we stayed at champions gate and actually went to windsor palms every day to play tennis. thanks much
Best
Sheri

[Quoted text hidden]

**Sheri Grunseid** <sherigrunseid@gmail.com>
To: sales@adifferentpesachprogram.com

Thu, Oct 18, 2018 at 8:50 AM

Just to repeat we are just 11 adults, 4 children, and 2 under age 4. Also in the past I have always rented my own villa privately. Would that present a problem?

[Quoted text hidden]

**A Different Pesach Program** <sales@adifferentpesachprogram.com>
To: Sheri Grunseid <sherigrunseid@gmail.com>

Fri, Oct 19, 2018 at 3:10 PM

Hi,

If you are only 11 adults so the total price would be 21450.

If you get a villa on your own your discount will be 1000. - please note that we would need the villa on Wednesday so we can kosher.

| 11 adults | 21450 |
| 4 children | 3000 |
| Koshering | 500 |
| Gratuity | 1000 |
| Total | 25950 |
| Discount | 1000 |
| Total | 24950 |

# EXHIBIT D

Passover 2018 | Your ticket to awesome - sherigrunseid@gmail.com - Gmail

≡  Gmail                    Q   ben atkin                          5/17/2014

Compose

- fgmdpc@aol.com
- google voice
- insurance medical
- invitation
- move related documents
- Notes
- obesit course 2018
- obeasity medicine
- old pics
- penina shower video
- penina wedding gifts
- Personal
- pesach 2019
- radiology

**esther anton** <passoverorlandoprogram@gmail.com>
to me

Hi,

So nice speaking  with you.

Two years ago your family had a very discounted invoice of $14950 whic
9 adults(1250)  
4 children(750)
Koshering (200)
Gratuity(500)

This year you are 11 adults+4 children+1 toddler

| 11 adults (1550) | 17050 |
| 4 children(750) | 3000 |
| 1 toddler (200) | 200 |
| koshering | 350 |
| Gratuity | 850 |
| Total | 21450 |
| Discount | 2500 |
| Total | 18950( 50% paid up front to secure this rate) |

Please feel free to contact me with any questions you may have.

*(handwritten annotations:)*

305-790-6156

This year.
11 adults   21,450      (1,950 per adult)      24,950₀
Y children                    750 chid            3 ~~~
2 todder                   free.
(koshers)                   500
gratitj                     1000              - 24,950 -
discount                   (1000)
                           24,950  +7500 =

# EXHIBIT E

**A Different Pesach Program LLC**
1835 NE Miami Gardens Drive  suite# 296
Miami, FL  33162 US
sales@adifferentpesachprogram.com
www.adifferentpesachprogram.com



# INVOICE

**BILL TO**
Grunsied Family

**INVOICE #** 1173
**DATE** 11/18/2018
**DUE DATE** 11/18/2018
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Adults**<br>Full Time Adults Guests | 11 | 1,750.00 | 19,250.00 |
| **Child**<br>Full Time Children Guests  ages 4 to 13 | 4 | 750.00 | 3,000.00 |
| **8 BR Villa WW**<br>8 Bedroom Villa | 1 | 6,500.00 | 6,500.00 |
| **Kosher fee**<br>kashering | 1 | 500.00 | 500.00 |
| **Gratuity**<br>Gratuties | 1 | 1,000.00 | 1,000.00 |
| **Discount**<br>Returning Guests Discount | 1 | -3,250.00 | -3,250.00 |

We look forward to seeing you n Pesach. Thank you for joining us.     **BALANCE DUE**          **$27,000.00**

# EXHIBIT F

Citibank Online



ATM/Debit Card: XXXX-XXXX-XXXX-5668

As of 08-13-2019 08:11 EDT

## Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Interest Checking - 9678 | 7877 | 2018-11-19 | $ 13500.00 |

**SHERI ROSENFELD-GRUNSEID**
**FRED GRUNSEID**
31 0 AVENUE M
BROOKLYN, NY 112104747

1-8/210 137     7877

Date 11/19/2018

Pay to the order of _Passover Orlando Program_ | $ 13,500 —

_Thirteen Thousand five hundred_ 00/100 ——— Dollars

**citibank**

CITIBANK N.A.

Memo _____

:021000089: 26689678 7877

For deposit only acct 3570655175

# EXHIBIT G



ATM/Debit Card: XXXX-XXXX-XXXX-5668

As of 08-13-2019 08:06 EDT

## Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Interest Checking - 9678 | 7899 | 2019-03-05 | $ 12500.00 |

SHERI ROSENFELD-GRUNSEID
FRED GRUNSEID
700 HAWTHORNE ST.
WEST HEMPSTEAD, NY 11552

137     7899

Date 3/4/2019

Pay to the order of _Passover Orlando Program_ : $ 12,500—

TWELVE THOUSAND FIVE HUNDRED ⁰⁰/₁₀₀ Dollars

**citibank**    **Citi Priority**

CITIBANK, N.A.

For _Deput acd 351065575_

⑆021000089⑈ 266896 78⑆ 7899

JPMorgan Chase Bank, N.A.
CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY

# EXHIBIT H

**Fred and Sheri Grunseid**
700 Hawthorne Street
West Hempstead, NY 11552
(917) 528-8882
fredgrunseid@yahoo.com

May 10, 2019

**Via U.S. Mail**

Benjamin Atkin
1360 NE 172 Street
Miami, Florida 33162
(305) 790-6156

Re:   2019 Pesach Program

Dear Ben,

Thank you for taking my call on Monday. I was glad to hear that you intend to remedy the failure of A Different Pesach Program 2019 in Orlando, Florida. I look forward to hearing from you within the next few weeks and receiving a substantial refund of the amounts I paid for the program. After accounting for the villa fee, discount, and kashering, I expect that you anticipate providing us with at least a substantial refund of the $18,910 of program fees. I eagerly await the promised follow-up communication from you which I understand from our conversation will include a concrete timeline for receiving this refund. I do value our relationship and have enjoyed your program in past years when you did an excellent job.

This year's program, as you know, failed from the first day. The "Different Pesach Program," which in past years was nothing short of luxurious, was billed again as a "luxury" program and promised daily meals, barbecues, "a grand buffet," "gala kiddush," and much more. This was not the reality. The program was equipped with little to no food. Me and my guests were forced to compete with other program participants to procure any food, and more often than not, very long lines led to empty serving trays with no food. We resorted to finding and purchasing alternative sources of Kosher for Passover food in an attempt to mitigate damages wherever possible, and otherwise went hungry despite the promise of "a wide array of Glatt kosher delicious foods" including "multiple entrees, appetizers, and side dishes" for each meal and "additional snacks [and] drinks." The fallout of the program's collapse was not only

monetarily and physically damaging, it was also emotionally hurtful and deeply embarrassing. I invited 14 guests including three sons-in-law and a daughter-in-law for an "extraordinary and delicious Pesach Experience." Instead, they (and I) were subjected to rationed food portions – when there was any food at all – discontinuation of communal davening, minyanim and programming, along with general confusion and disarray. The circumstances are reminiscent of recent infamous events that are the subject of civil and criminal suits as well as multi-million dollar judgments. *See, e.g., Ehl v. McFarland*, 2019 N.Y. Slip Op. 30297 (N.Y. Sup. Ct. 2019) (granting \$2.89 million in damages plus interest, costs, and attorney's fees against the organizer of the failed Fyre Festival[1]).

Given the significant amount at issue here for my family, I did want to inform you (hopefully completely needlessly) that should we not be able to come to a proper and swift resolution of this unfortunate situation, I will be forced to explore legal remedies. I am informed that I have and may bring valid actions against A Different Pesach Program and its organizers[2] for breach of contract, bad faith, alter ego liability, common law fraud, fraud in the inducement, intentional infliction of emotional distress, violation of New York's Deceptive Acts statute, and violation of Florida's Deceptive and Unfair Trade Practices Act, among other applicable state and federal causes of action. Remedies for these actions include but are not limited to the refund I mentioned above. In fact, these causes of action would open up avenues of relief for consequential damages, pain & suffering, and emotional distress, as well as treble damages, statutory damages, costs, interest, and attorney's fees.

As I said however, and it bears repeating, I am truly encouraged and it is my sincere hope that we can settle this matter between us cordially, efficiently, and expeditiously and look forward to a successful "Different Pesach Program" together next year in Jerusalem.

---

[1] I note that McFarland was also subject to class action lawsuits and additional multi-million dollar judgments due to the Fyre Festival collapse. And federal prosecutors out of the Southern District of New York charged McFarland with multiple counts of mail and wire fraud. *See* Sealed Complaint, *U.S. v. McFarland*, 17-cr-00600-NRB, Dkt. No. 1 (S.D.N.Y. June 30, 2017) (charging violations of 18 U.S.C. §§ 1343 (wire fraud) & 1342 (mail fraud)). He was sentenced to 72 months in prison, ordered to forfeit \$26.2 million, and subjected to a \$24.2 million restitution order. *See* Judgment as to William McFarland, *Id.*, Dkt. No. 68 (S.D.N.Y. Oct. 16, 2018); Order of Restitution, *Id.*, Dkt. No. 80 (S.D.N.Y. Jan. 14, 2019).

[2] There appears to be no record of "A Different Pesach Program LLC" registered to do business in New York, Florida, New Jersey, or Delaware. "A Different Pesach Program Corp" which was formed in Florida on July 24, 2014 appears to have been dissolved as of July 31, 2015.

Very truly yours,

Fred Grunseid


CC: A Different Pesach Program LLC
1835 NE Miami Gardens Drive
Suite # 296
Miami, FL 33162
sales@adifferentpesachprogram.com

CC: Jacob Karmel
9 Merrick Drive
Spring Valley, NY 10977

CC: A Different Pesach Program Corp
21 Robert Pitt Drive
Suite 210
Monsey, NY 10952

CC: A Different Pesach Program Corp
368 New Hempstead Road
Suite 309
New City, NY 10956

CC: Vcorp Services, LLC
5011 South State Road 7
Suite 106
Davie, FL 33314

# EXHIBIT I

**Fred and Sheri Grunseid**
700 Hawthorne Street
West Hempstead, NY 11552
(917) 528-8882
fredgrunseid@yahoo.com

May 10, 2019

**Via U.S. Mail**

Benjamin Atkin
1360 NE 172 Street
Miami, Florida 33162
(305) 790-6156

Re:    2019 Pesach Program

Dear Ben,

Thank you for taking my call on Monday. I was glad to hear that you intend to remedy the failure of A Different Pesach Program 2019 in Orlando, Florida. I look forward to hearing from you within the next few weeks and receiving a substantial refund of the amounts I paid for the program. After accounting for the villa fee, discount, and kashering, I expect that you anticipate providing us with at least a substantial refund of the $18,910 of program fees. I eagerly await the promised follow-up communication from you which I understand from our conversation will include a concrete timeline for receiving this refund. I do value our relationship and have enjoyed your program in past years when you did an excellent job.

This year's program, as you know, failed from the first day. The "Different Pesach Program," which in past years was nothing short of luxurious, was billed again as a "luxury" program and promised daily meals, barbecues, "a grand buffet," "gala kiddush," and much more. This was not the reality. The program was equipped with little to no food. Me and my guests were forced to compete with other program participants to procure any food, and more often than not, very long lines led to empty serving trays with no food. We resorted to finding and purchasing alternative sources of Kosher for Passover food in an attempt to mitigate damages wherever possible, and otherwise went hungry despite the promise of "a wide array of Glatt kosher delicious foods" including "multiple entrees, appetizers, and side dishes" for each meal and "additional snacks [and] drinks." The fallout of the program's collapse was not only

monetarily and physically damaging, it was also emotionally hurtful and deeply embarrassing. I invited 14 guests including three sons-in-law and a daughter-in-law for an "extraordinary and delicious Pesach Experience." Instead, they (and I) were subjected to rationed food portions – when there was any food at all – discontinuation of communal davening, minyanim and programming, along with general confusion and disarray. The circumstances are reminiscent of recent infamous events that are the subject of civil and criminal suits as well as multi-million dollar judgments. *See, e.g.*, *Ehl v. McFarland*, 2019 N.Y. Slip Op. 30297 (N.Y. Sup. Ct. 2019) (granting $2.89 million in damages plus interest, costs, and attorney's fees against the organizer of the failed Fyre Festival[1]).

Given the significant amount at issue here for my family, I did want to inform you (hopefully completely needlessly) that should we not be able to come to a proper and swift resolution of this unfortunate situation, I will be forced to explore legal remedies. I am informed that I have and may bring valid actions against A Different Pesach Program and its organizers[2] for breach of contract, bad faith, alter ego liability, common law fraud, fraud in the inducement, intentional infliction of emotional distress, violation of New York's Deceptive Acts statute, and violation of Florida's Deceptive and Unfair Trade Practices Act, among other applicable state and federal causes of action. Remedies for these actions include but are not limited to the refund I mentioned above. In fact, these causes of action would open up avenues of relief for consequential damages, pain & suffering, and emotional distress, as well as treble damages, statutory damages, costs, interest, and attorney's fees.

As I said however, and it bears repeating, I am truly encouraged and it is my sincere hope that we can settle this matter between us cordially, efficiently, and expeditiously and look forward to a successful "Different Pesach Program" together next year in Jerusalem.

---

[1] I note that McFarland was also subject to class action lawsuits and additional multi-million dollar judgments due to the Fyre Festival collapse. And federal prosecutors out of the Southern District of New York charged McFarland with multiple counts of mail and wire fraud. *See* Sealed Complaint, *U.S. v. McFarland*, 17-cr-00600-NRB, Dkt. No. 1 (S.D.N.Y. June 30, 2017) (charging violations of 18 U.S.C. §§ 1343 (wire fraud) & 1342 (mail fraud)). He was sentenced to 72 months in prison, ordered to forfeit $26.2 million, and subjected to a $24.2 million restitution order. *See* Judgment as to William McFarland, *Id.*, Dkt. No. 68 (S.D.N.Y. Oct. 16, 2018); Order of Restitution, *Id.*, Dkt. No. 80 (S.D.N.Y. Jan. 14, 2019).

[2] There appears to be no record of "A Different Pesach Program LLC" registered to do business in New York, Florida, New Jersey, or Delaware. "A Different Pesach Program Corp" which was formed in Florida on July 24, 2014 appears to have been dissolved as of July 31, 2015.

- 2 -

Very truly yours,

Fred Grunseid

CC: A Different Pesach Program LLC
1835 NE Miami Gardens Drive
Suite # 296
Miami, FL 33162
sales@adifferentpesachprogram.com

CC: Jacob Karmel
9 Merrick Drive
Spring Valley, NY 10977

CC: A Different Pesach Program Corp
21 Robert Pitt Drive
Suite 210
Monsey, NY 10952

CC: A Different Pesach Program Corp
368 New Hempstead Road
Suite 309
New City, NY 10956

CC: Vcorp Services, LLC
5011 South State Road 7
Suite 106
Davie, FL 33314

- 3 -