

ORDERED in the Southern District of Florida on March 25, 2020.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

| | | |
|---|---|---|
| In re: | : | CASE NO.: 19-17122-LMI |
| | : | |
| BENJAMIN ATKIN, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____ / | | |

### ORDER DENYING MOTION TO OBTAIN DEFRAUDED AMOUNTS OF MONEY FILED BY CREDITORS DR. FRED AND DR. SHERI GRUNSEID [D.E. #68]

THIS MATTER, came before the Court upon the *Motion to Obtain Defrauded Amounts of Money Filed by Creditors Dr. Fred and Dr. Sheri Grunseid* [D.E. #68](the "***Motion***"), and the Court conducted a hearing on March 23, 2020 at 9:30 a.m. with all parties participating by phone. The Court, reviewed the Motion and the record herein, and for the reasons stated on the record of the hearing, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **DENIED**.

Submitted by:

Daniel Y. Gielchinsky, Esq.
1135 Kane Concoure
Suite 204
Bay Harbor Islands, FL 33154
Tel: 305.763.8708
E-mail: dan@dyglaw.com

Case No.: 19-17122-LMI

Copies furnished to:
Daniel Y. Gielchinsky, Esq.

*(Attorney Gielchinsky is directed to serve copies of this Order upon the movants, the Trustee, the U.S. Trustee, and all parties who have entered an appearance in this case, upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.)*